UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BLAGOMIR P. SHKODROV, )<br>*Individually and as Personal Representative* )<br>*of Stoyanka Dimitrova Shkodrova,* )<br>*Deceased* and PETRA D. FIST, )<br>*as Personal Representative of Stoyanka* )<br>*Dimitrova Shkodrova, Deceased* )<br>Plaintiffs )<br> )<br>v. )<br> )<br>SUMMER CARMICHAEL, R.N., )<br>JEFF PETER VISTA, M.D., AARON )<br>HEIDE, M.D., JAMES HEATON, M.D. )<br>JENNIFER ALLEN, R.N., SUSANJ )<br>PATEL, MD, Eastern Radiologist, Inc., )<br>SIMONE PATALINGHUG MONTOYA, )<br>M.D., Outer Banks Health, Inc., ECU )<br>HEALTH/EASTCARE, INC., )<br>UNIVERSITY HEALTH SYSTEMS OF )<br>EASTERN CAROLINA, INC., )<br>CHESAPEAK HOSPITAL AUTHORITY, )<br>INC., LINDA SMITH, EASTERN )<br>RADIOLOGISTS, INC., and OUTER )<br>BANKS HEALTH, INC. )<br>Defendants ) | **JUDGMENT**<br><br>No. 2:24-CV-02-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 24, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This Judgment Filed and Entered on April 24, 2025, and Copies To:**
Blagomir P. Shkodrov / Petra D. Fist (via CM/ECF Notice of Electronic Filing)
Jay Salsman / Angela Sheets / Christina Banfield (via CM/ECF Notice of Electronic Filing)
James Wilson Key Wilde (via CM/ECF Notice of Electronic Filing)
Joshua M. Hiller / Jonathan D. Patton (via CM/ECF Notice of Electronic Filing)

Jason Robert Davis / Joseph Houchin (via CM/ECF Notice of Electronic Filing)

April 24, 2025 　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　 /s/ Sandra K.Collins
　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk